Before STATE INDUSTRIAL BOARD, Respondent. FRANK MOURO, Respondent, v. W. W. CONSTRUCTION COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANDREW J. OLSON, Respondent, v. J. H. GROZIER Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DE BRACCIO, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN DOCTOR, Appellant.— Order unanimously affirmed on the authority of *People* v. *Brindell* (194 App. Div. 776); *People* v. *Sammis* (3 Hun, 560), and *People* v. *Bonier* (189 N. Y. 110, 111).

BENJAMIN S. ROSENBERG, Respondent, v. JACOB WILLIAMS, Appellant.— Order unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BANK OF AMERICA and Another, Trustees under the Last Will, etc., of M. BELL HAZEN, Deceased, Appellants, v. THE STATE TAX COMMISSION and JOHN F. GILCHRIST and Others, Constituting the STATE TAX COMMISSION, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

Before STATE INDUSTRIAL BOARD, Respondent. CHARLES SCHILLING, Respondent, v. WANDER IRON WORKS, INC., and Another, Appellants.— Award modified by deducting therefrom $440 heretofore paid, and by eliminating therefrom the provision for reimbursement, and as so modified unanimously affirmed, without costs.

SCHENECTADY HOLDING Co., INC., Respondent, Appellant, v. EDWARD B. ASHTON, Appellant, Respondent, and Another.— The motion of defendant to modify the order of modification and affirmance, entered pursuant to the memorandum handed down by this court January 15, 1926,* is granted so as to provide that the payments therein required to be made by the plaintiff to defendant be so made within thirty days after the service of a copy of this order and judgment entered thereon together with notice of entry thereof, with ten dollars costs of this motion to the defendant.

EARL C. SHELLEY, Respondent, v. RUTLAND RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. MARY STAWICKI and Others, Respondents, v. BRAAS BROTHERS Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. LAWRENCE STRAIT, Respondent, v. ROBINSON KNIFE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM WASSERMEYER,

* See 215 App. Div. 857.— [REP.